### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ROMEK FIGA D/B/A ABRAHAM & SON, | § § § | |
| PLAINTIFF, | § § § | C.A. NO. 08-10304-NG |
| V. | § § | |
| APPLE INC. | § § § | |
| DEFENDANT. | | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff and Counterclaim-Defendant

Romek Figa d/b/a Abraham & Son and Defendant and Counterclaim-Plaintiff Apple Inc.

hereby stipulate and agree to the dismissal with prejudice of all claims and counterclaims

in the above captioned action, with all rights of appeal being waived.  The parties further

stipulate that they shall each bear their own attorneys' fees, expenses, and costs.

Dated:  December 21, 2009

Respectfully submitted,

| | |
|---|---|
| ROMEK FIGA, D/B/A ABRAHAM & SON | APPLE INC. |
| By his Attorneys, | By its Attorneys, |
| /s/  Jack C. Schecter | /s/  Lawrence K. Kolodney |
| Kerry L. Timbers (BBO# 552293) | Frank E. Scherkenbach (BBO# 653819) |
| Lisa M. Tittemore (BBO# 567941) | Lawrence K. Kolodney (BBO# 556851) |
| Jack C. Schecter (BBO# 652349) | FISH & RICHARDSON P.C. |
| SUNSTEIN, KANN, MURPHY & TIMBERS, LLP | 225 Franklin Street |
| 125 Summer Street | Boston, MA 02110-2804 |
| Boston, MA 02110 | Tel: (617) 542-5070 |
| Tel: (617) 443-9292 | Fax: (617) 542-8906 |
| Fax: (617) 443-0004 | scherkenbach@fr.com |
| ktimbers@bromsun.com | kolodney@fr.com |
| ltittemore@bromsun.com | |
| jschecter@bromsun.com | |

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on the date below.


Dated:  December 21, 2009                    /s/  Jack C. Schecter                    
                                             Jack C. Schecter


03327/00501  1193043.1